

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00431-CV

Jim R. **LONG**, individually and as general partner of Long Properties LTD.,
and R.L. Owens,
Appellants

v.

Jerlean Gohmert **THEIS** and Kenneth Theis,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 09-10-48435-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX.
R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them.

SIGNED August 21, 2013.

_____
Rebeca C. Martinez, Justice